IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HERMAN L. KELLEY                                                          PLAINTIFF

v.                              No. 4:22-cv-1136-DPM

DEPARTMENT OF VETERANS
AFFAIRS, United States Veteran
Hospital;  DOE, Attending Physician,
United States Veteran Hospital                                         DEFENDANTS

### ORDER

Kelley failed to amend his complaint as ordered; and the time to do so has passed. *Doc. 3.* Kelley's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2023