# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HERMAN L. KELLEY**                                              **PLAINTIFF**

v.                           No. 4:22-cv-1136-DPM

**DEPARTMENT OF VETERANS
AFFAIRS, United States Veteran
Hospital;  DOE, Attending Physician,
United States Veteran Hospital**                             **DEFENDANTS**

## JUDGMENT

Kelley's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 February 2023